IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DASYAM SAMUEL RAJASEKHAR,**

    **Plaintiff,**

v.                                        Case No.  4:14cv149-MW/CAS

**FLORIDA DEPARTMENT OF
ENVIRONMENTAL PROTECTION,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No. 12, and has considered *de novo* Plaintiff's Objections to the Proposed Order Dismissing the Claim, ECF No. 13.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted,** over Plaintiff's objections, as this Court's opinion.

The Clerk shall enter judgment stating, "Defendant's motion to dismiss, ECF No. 10, is **GRANTED**.  Plaintiff's complaint, ECF No. 1, is **DISMISSED** for

1

failure to state a claim upon which relief may be granted." The Clerk shall close the file.

  **SO ORDERED on December 3, 2014.**

                <u>s/Mark E. Walker</u>
                **United States District Judge**